**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7486**

---

ANDREW NICHOLS,

                              Plaintiff - Appellant,

        versus

EARL BESHEARS, Warden; PRISON HEALTH SERVICES,
INCORPORATED; DOCTOR CALDERON; JOSEPH GRIFFIN,
M.D.; KEVIN JOHNSON; DAVID BLOOM, Director,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-95-374-WMN)

---

Submitted:  March 21, 1996          Decided:  April 4, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Andrew Nichols, Appellant Pro Se.  Amy Kushner Kline, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Joseph Barry
Chazen, Gina Marie Smith, MEYERS, BILLINGSLEY, SHIPLEY, RODBELL &
ROSENBAUM, Riverdale, Maryland; Daniel Karp, Kevin Bock Karpinski,
ALLEN, JOHNSON, ALEXANDER & KARP, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Nichols v. Beshears</u>, No. CA-95-374-WMN (D. Md. Sept. 1, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3